STEVEN H. HANEY, SBN 121980
AARON M. LAVINE, SBN 260277
HANEY & YOUNG, LLP
1055 West Seventh Street, Suite 1950
Los Angeles, California 90017
(213) 228-6500

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN LEE, an individual, and PAPER PLUSE CONNECTION, INC., a California Corporation<br><br>        Plaintiffs,<br><br>vs.<br><br>AWAD HAJ, an individual, 97 CENT AND MORE DISCOUNT STORE, form of business entity unknown, and DOES 1-10, inclusive,<br><br>        Defendants. | Case No.: 1:16-cv-00008-DAD-SAB         r<br><br><br>ORDER CONTINUING RULE 26 SCHEDULING CONFERENCE |

**To ALL PARTIES:**

   For good cause shown, specifically the serious health problems of Plaintiffs' counsel, counsel's calendar conflicts, and the agreement of all parties, it is hereby ORDERED that the Rule 26 Scheduling Conference previously set for April 4, 2016 is CONTINUED to April 18, 2016, at 10:45 a.m., in the courtroom of the Honorable Stanley A. Boone, Courtroom No. 9, located at 2500 Tulare St., Fresno, CA 93721.  A joint scheduling conference report is due one week before the new conference date.  Failure to submit the report may result in sanctions

   IT IS SO ORDERED.

   Dated:   **April 1, 2016**                    _____
                                                                            UNITED STATES MAGISTRATE JUDGE