# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN LEE, et al., | Case No. 1:16-cv-00008-DAD-SAB |
| Plaintiffs, | ORDER REQUIRING DEFENDANTS TO FILE ANSWER TO COMPLAINT WITHIN TEN DAYS |
| v. | |
| AWAD HAJ, et al., | |
| Defendants. | |

This action was filed in the Northern District of California on November 4, 2015. On December 8, 2015, an order was filed denying Defendants' motion to dismiss this action and transferring the matter to the Eastern District of California. On April 1, 2016, an order issued continuing the scheduling conference to April 18, 2016 at the request of Plaintiffs. However, the Court notes that Defendants have not filed an answer to the complaint.

Accordingly, IT IS HEREBY ORDERED that, within ten days from the date of service of his order, Defendants shall file an answer to the complaint.

IT IS SO ORDERED.

Dated: **April 5, 2016**

UNITED STATES MAGISTRATE JUDGE

1