# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN LEE, et al., | Case No. 1:16-cv-00008-SAB |
| Plaintiffs, | ORDER VACATING PRETRIAL CONFERENCE, REQUIRING PARTIES TO APPEAR ON JANUARY 20, 2017, TO SHOW CAUSE WHY SANCTIONS SHOULD NOT ISSUE FOR FAILURE TO COMPLY WITH COURT SCHEDULING ORDER, AND DIRECTING CLERK'S OFFICE TO SERVE ORDER BY EMAIL ON DEFENDANTS |
| v. | |
| AWAD HAJ, et al., | |
| Defendants. | |
| | (ECF No. 46) |

On April 20, 2016, a scheduling order issued in this action setting forth pretrial dates. (ECF No. 46.) There is a pretrial conference set for January 20, 2017, and pursuant to the scheduling order and Local Rules of the Eastern District of California, the parties were to submit a joint pretrial statement by Friday, January 13, 2017. L.R. 281. However, the parties failed to file a pretrial statement or otherwise address the requirement for a pretrial statement set forth in the April 20, 2016 scheduling order.

Therefore, the Court vacates the pretrial conference scheduled for January 20, 2017, but sets a hearing for January 20, 2017, at 9:30 a.m. in Courtroom 9 for the parties to show cause why sanctions should not issue for the failure to comply with the scheduling order in this action. The parties shall respond in writing to this order on or before January 19, 2017. The Court notes

that the jury trial currently set for February 28, 2017, remains on calendar.

Accordingly, IT IS HEREBY ORDERED that:

1. The pretrial conference set for January 20, 2017, is VACATED;

2. The Court sets a hearing on January 20, 2017, at 9:30 a.m. in Courtroom 9 for the parties to show cause why sanctions should not issue for the failure to comply with the scheduling order;

3. The parties shall respond in writing why sanctions should not be imposed on or before January 19, 2017;

4. The parties are forewarned that the failure to show cause may result in the imposition of sanctions, including dismissal or default; and

5. The Clerk's Office is DIRECTED to serve this order on Defendants by email. The email address will be provided by chambers.

IT IS SO ORDERED.

Dated:   **January 17, 2017**

UNITED STATES MAGISTRATE JUDGE