# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN LEE, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>AWAD HAJ, et al.,<br><br>    Defendants. | Case No.  1:16-cv-00008-SAB<br><br>ORDER VACATING JANUARY 20, 2017 SHOW CAUSE HEARING, DISCHARGING JANUARY 17, 2017 ORDER TO SHOW CAUSE, REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS WITHIN THIRTY DAYS OF THE DATE OF SERVICE OF THIS ORDER, AND DIRECTING CLERK'S OFFICE TO SERVE ORDER BY EMAIL ON DEFENDANTS<br><br>(ECF No. 47, 48, 49) |

On January 17, 2017, the Court issued an order for the parties to show cause why sanctions should not issue for the failure to comply with the scheduling order in this action. (ECF No. 47.)  The Court directed the parties to respond in writing and set a hearing for January 20, 2017, at 9:30 a.m. for the parties to show cause why sanctions should not issue.  (ECF No. 47.)

On January 18, 2017, Plaintiffs filed a notice of settlement.  (ECF No. 48.)  On January 18, 2017, Plaintiffs filed a response to the order to show cause.  (ECF No. 49.)  The order to show cause was emailed to Defendants on January 17, 2017, and the Court received an email from Defendants on January 17, 2017, confirming receipt of and in response to the Court's email.

1  Based upon the responses of the parties to the order to show cause, the January 17, 2017
2  order to show cause is discharged and the January 20, 2017 show cause hearing is vacated.
3  Therefore, the parties are not required to appear in this action on January 20, 2017.

4  Based upon the settlement of the parties, all pending matters and dates are vacated, and
5  the parties shall file dispositional documents within thirty days of the date of service of this
6  order.

7  Accordingly, IT IS HEREBY ORDERED that:

8  1. The order to show cause issued on January 17, 2017, is DISCHARGED;
9  2. The January 20, 2017 hearing for the parties to show cause why sanctions should
10     not issue for the failure to comply with the scheduling order is VACATED;
11 3. The parties shall file dispositional documents within thirty days of the date of
12    service of this order;
13 4. All pending matters and dates in this action are VACATED; and
14 5. The Clerk's Office is DIRECTED to service this order on Defendants by email at
15    the email address that was previously provided to the Clerk's Office by chambers.

IT IS SO ORDERED.

Dated:   **January 19, 2017**

UNITED STATES MAGISTRATE JUDGE