UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN LEE, et al., | Case No.: 1:16-cv-00008-SAB |
| Plaintiffs, | **ORDER RE STIPULATION FOR PERMANENT INJUNCTION** |
| v. | (ECF No. 51) |
| AWAD HAJ, et al., | |
| Defendants. | |

Pursuant to the stipulation and agreement of the Parties, IT IS HEREBY ORDERED that:

Defendants Awad Haj ("Haj") and 97 Cent and More Discount Store ("97 Cent" (collectively, "Defendants " herein)), their employees, agents, heirs, and assigns are permanently prohibited from importing, marketing, advertising, or selling, any product or service using Plaintiffs' (John Lee ("Lee") and Paper Plus Connection, Inc. (("Paper Plus") collectively, "Plaintiffs"herein)) MAMA LOVE and/or 555 trademarks, or anything confusingly similar thereto, as that term is understood by law.

IT IS SO ORDERED.

Dated: **February 21, 2017**

UNITED STATES MAGISTRATE JUDGE

1